Bradford J. Sandler, Esq. (NY Bar No. 4499877)
Ilan D. Scharf, Esq. (NY Bar No. 4042107)
Jason S. Pomerantz, Esq. (CA Bar No. 157216)
PACHULSKI STANG ZIEHL & JONES LLP
780 Third Avenue, 34th Floor
New York, New York 10017
Telephone: (212) 561-7700
Facsimile: (212) 561-7777

*Counsel to Plaintiff RDC Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>ROCHESTER DRUG CO-OPERATIVE, INC.<br><br>      Debtor. | Chapter 11<br><br>Case No. 20-20230 (PRW) |
| Advisory Trust Group, LLC, as trustee of the RDC LIQUIDATING TRUST,<br><br>      Plaintiff,<br> v.<br><br>SUPERNUS PHARMACEUTICALS, INC.,<br><br>      Defendant. | Adv. Proc. No. 22-02038 (PRW) |

**STIPULATION OF DISMISSAL OF ADVERSARY PROCEEDING**

Plaintiff Advisory Trust Group, LLC, in its capacity as the Liquidating Trustee of the RDC Liquidating Trust, and defendant Supernus Pharmaceuticals, Inc.(together, the "**Parties**"), have entered into a settlement agreement that resolves the claims asserted in the above-captioned adversary proceeding. Accordingly, the Parties hereby stipulate, pursuant to

Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, made applicable to this adversary proceeding by Rule 7041 of the Federal Rules of Bankruptcy Procedure, to the dismissal with prejudice of this adversary proceeding, with each party to bear its own attorneys' fees and costs.

STIPULATED AND AGREED:

| | |
|---|---|
| Dated: April 21, 2022 | Dated: April 21, 2022 |
| PACHULSKI STANG ZIEHL & JONES LLP | SAUL EWING ARNSTEIN & LEHR LLP |
| */s/ Ilan D. Scharf* | */s/ Mark Minuti* |
| Bradford J. Sandler (NY Bar No. 4499877)<br>Ilan D. Scharf (NY Bar No. 4042107)<br>Jason S. Pomerantz (CA Bar No. 157216)<br>780 Third Avenue, 34th Floor<br>New York, NY 10017<br>Telephone: (212) 561-7700<br>Email: bsandler@pszjlaw.com<br>ischarf@pszjlaw.com<br>jspomerantz@pszjlaw.com | Mark Minuti (DE No. 2659)<br>(*admitted pro hac vice*)<br>1201 N. Market Street, Suite 2300<br>P.O. Box 1266<br>Wilmington, DE 19899<br>Telephone: (302) 421-6840<br>Email: mark.minuti@saul.com<br><br>*Counsel to Defendant Supernus Pharmaceuticals, Inc.* |
| *Counsel to Plaintiff RDC Liquidating Trust* | |

SO ORDERED

DATED: _____, 2022    _____
      Rochester, New York    HON. PAUL R. WARREN
                                                                  United States Bankruptcy Judge